UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL S. MULLICANE, <br> Plaintiff, <br> v. <br> GLENDORA POLICE DEPARTMENT, et al., <br> Defendants. | Case No. CV 15-04004-ODW (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the First Amended Complaint (Dkt. 24), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 27), and Plaintiff's Objections to the Report and Recommendation (Dkt. 30). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. Plaintiff's request for appointment of counsel is denied;
3. Plaintiff request for a preliminary injunction is denied as moot;

4. Plaintiff's First Amended Complaint is dismissed without leave to amend and with prejudice; and

5. Judgment shall be entered accordingly.

Dated: October 31, 2018

_____
OTIS D. WRIGHT, II
United States District Judge