JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL S. MULLICANE, | Case No. CV 15-04004-ODW (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| GLENDORA POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 31, 2018

OTIS D. WRIGHT, II
United States District Judge